PHILLIP A. TALBERT
United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-243 KJM |
|---|---|
| Plaintiff, | [PROPOSED] ORDER FOR ISSUANCE OF ARREST WARRANT |
| v. | |
| MICHAEL BUCHNO-FACTOR, | |
| Defendant. | |

**ORDER**

The Court, having reviewed the Information in this matter, and the request of the United States for issuance of an arrest warrant and finding good cause therefor, hereby ORDERS that an arrest warrant issue commanding any authorized law enforcement officer to arrest and bring before a United States Magistrate Judge without unnecessary delay MICHAEL BUCHNO-FACTOR, who is charged, by Information, with violations of 18 U.S.C. §2251(a) – Sexual Exploitation of a Minor and 18 U.S.C. §2252(a)(4)(B) – Possession of Child Pornography.

Dated: September 4, 2024

Hon. Jeremy D. Peterson
U.S. MAGISTRATE JUDGE