MICHELE BECKWITH
Acting United States Attorney
ROGER YANG
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL BUCHNO-FACTOR,<br><br>　　　　　　　Defendant. | 2:24-CR-00243-KJM<br><br>FINAL ORDER OF FORFEITURE |

On November 12, 2024, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253(a), based upon the plea agreement entered into between plaintiff and defendant Michael Buchno-Factor forfeiting to the United States the following property:

　　a.　Motorola G Power XT2165DL cell phone, Serial Number: ZY22F54WK6,
　　b.　Motorola G Pure XT2163-4 cell phone, Serial Number: ZY22FMB265,
　　c.　Samsung Tablet, and
　　d.　HP Chromebook X360, Serial Number: 5CD2037Z45.

Beginning on November 14, 2024, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

/////

1 | The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253(a), including all right, title, and interest of Michael Buchno-Factor.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Customs and Border Protection – Homeland Security Investigations shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 10th day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE